184 So. 346

## JACKSON SECURITIES & INVESTMENT CO. v. A. PAUL GOODALL REAL ESTATE & INS. CO.

### 6 Div. 411.

Supreme Court of Alabama.

Nov. 10, 1938.

Murphy, Hanna, Woodall & Lindbergh and Wm. H. Ellis, all of Birmingham, for petitioner.

Hugh Barber and Amzi G. Barber, both of Birmingham, for respondent.

GARDNER, Justice.

Petition of Jackson Securities & Investment Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Jackson Securities & Investment Co. v. A. Paul Goodall Real Estate & Insurance Co., 184 So. 344.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ. concur.

---

184 So. 349

### J. G. BURNS v. Mary BYTHWOOD.

### 6 Div. 413.

Supreme Court of Alabama.

Nov. 10, 1938.

J. B. Ivey, of Birmingham, for petitioner.
Dan P. Barber, of Birmingham, opposed.

FOSTER, Justice.

Petition of J. G. Burns for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Burns v. Bythwood, 184 So. 346.

Writ denied.

ANDERSON, C. J., and BOULDIN and KNIGHT, JJ., concur.

---

184 So. 206

### Burdette HOLT v. STATE.

### 8 Div. 922.

Supreme Court of Alabama.

Oct. 6, 1938.

Rehearing Denied Nov. 10, 1938.

Murphy & Pounders, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., and Jack Crenshaw, Asst. Atty. Gen., for the State.

PER CURIAM.

Petition of Burdette Holt for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Holt v. State, 184 So. 205.

Writ denied.

ANDERSON, C. J. and GARDNER, BOULDIN, and FOSTER, JJ., concur.